# DECISIONS

OF

# THE COURT OF APPEALS

## OF KENTUCKY.

## WINTER TERM, 1856.

### Collins *vs.* Cleveland.

Case 1.

APPEAL FROM JESSAMINE CIRCUIT.

Motion.

The appellant obtained a rule on the clerk to show cause why he had failed to make out a transcript of the record for the court of appeals, on the application of the appellant. The clerk answered, that the appellant was insolvent, and refused to give surety for the fee. The court decided that "it is the duty of the clerk to make out a transcript for the unsuccessful litigant in the circuit court, without previously demanding payment or security for the fee."

Reporter.

### Commissioners of the Sinking Fund *vs.* Theobald.

Case 2.

APPEAL FROM FRANKLIN CIRCUIT.

Pet. Eq

1. As a corporation the commissioners of the sinking fund have only a limited power and prescribed duties imposed on them by the legis-